ACCEPTED
03-15-00386-CV
7727556
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 3:43:45 PM
JEFFREY D. KYLE
CLERK





## Vince Ryan
## Harris County Attorney

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 3:43:45 PM
JEFFREY D. KYLE
Clerk

November 6, 2015

Hon. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re:     Court of Appeals Number:     03-15-00386-CV
        Trial Court Case Number:     D-1-GN-09-002116

Style:  Harris County Hospital District
        v. Public Utility Commission of Texas

Dear Mr. Kyle:

Please be advised that I intend to argue the referenced case before the Court on December 16, 2015.

Very truly yours,


*/s/ Bruce S. Powers*
Bruce S. Powers
Assistant County Attorney
Attorney for Appellant


VR:BSP:saa

cc:     Elizabeth R.B. Sterling
        Assistant Attorney General
        Environmental Protection Division
        P.O. Box 12548 MC-066
        Austin, Texas 78711-2548
        elizabeth.sterling@texasattorneygeneral.gov

1019 Congress, 15th Floor  •  Houston, TX 77002-1700  •  Phone: 713-755-5101  •  Fax: 713-755-8924